# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| RICHARD D. TENNANT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:16-cv-00048-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2017 Order.

March 16, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court